IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.   10-cv-02234-RBJ-MJW

NATHAN YBANEZ,

Plaintiff(s),

v.

WARDEN KEVIN MILYARD,
MARY COX-BERGMAN,
STEVEN MAY,
VARIOUS JOHN DOES, and
VARIOUS JANE DOES, all sued int heir individual and official capacities,

Defendant(s).

---

## MINUTE ORDER

---

Entered by Magistrate Judge Michael J. Watanabe

It is hereby ORDERED that the plaintiff's letter of December 8, 2011 (Docket No. 22), which has been construed as a motion, is granted.  The Clerk of the Court shall re-mail to the plaintiff and to his case manager a copy of this court's Order Setting Scheduling/Planning Conference (Docket No. 19) which was issued on October 20, 2011.  A copy of that Order (Docket No. 19) was mailed to the plaintiff at the time it was filed.

Date: December 13, 2011