IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable R. Brooke Jackson

Civil Action No. 10-cv-02234-RBJ-MJW

NATHAN YBANEZ,

    Plaintiff,

v.

WARDEN KEVIN MILYARD,
MARY COX-BERGMAN,
STEVEN MAY,
VARIOUS JOHN DOES, and
VARIOUS JANE DOES, all sued in their individual and official capacities.

    Defendant.

---

ORDER SETTING TRIAL AND TRIAL PREPARATION CONFERENCE

---

    This matter has been scheduled for a **three-day jury trial** on the docket of Judge R. Brooke Jackson in the U.S. District Courthouse, Courtroom A902, 9th Floor, 901 19th Street, Denver, Colorado, to commence on **November 26, 2012 at 9:00 a.m.**

    A Trial Preparation Conference is set for **November 2, 2012 at 1:30 p.m.** Defense counsel who will try the case shall attend in person. The pro se plaintiff, Mr. Ybanez, is to appear by telephone. He is to contact Chambers at (303) 844-4694 so he can participate in the conference.

    During the Trial Preparation Conference the parties should be prepared to address: jury instructions, jury selection, witnesses and evidence, anticipated evidentiary issues, stipulations as to fact, and any other issue affecting the duration or course of the trial.

    For additional information, please review my practice standards located at

www.cod.uscourts.gov/Judges/Judges.aspx.

DATED this 20th day of December, 2011.

BY THE COURT:

_____

R. Brooke Jackson
United States District Judge