IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.   10-cv-02234-RBJ-MJW

NATHAN YBANEZ,

Plaintiff(s),

v.

WARDEN KEVIN MILYARD,
MARY COX-BERGMAN,
STEVEN MAY,
VARIOUS JOHN DOES, and
VARIOUS JANE DOES, all sued in their individual and official capacities,

Defendant(s).

## MINUTE ORDER

Entered by Magistrate Judge Michael J. Watanabe

It is hereby ORDERED that the Pro Se Incarcerated Plaintiff's Motion for Issuance of Subpoenas and Service by Marshal (docket no. 47) is GRANTED.  The Pro Se Incarcerated Plaintiff Ybanez shall forthwith file with the court his completed subpoenas for Kevin Milyard, Steven May, Mary Cox-Bergman, Bernadette Scott, and Michelle Wingert so that such subpoenas can be provided to the United States Marshal for the District of Colorado for service.

Date: October 15, 2012