IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**JUDGE R. BROOKE JACKSON**

---

Courtroom Deputy:   Emily Seamon           Date:   November 2, 2012
Court Reporter:       Kara Spitler

---

Civil Action No. 10-cv-02234-RBJ-MJW

*Parties*:                                              *Counsel*:

NATHAN YBANEZ,                             Pro Se *(by telephone)*

        Plaintiff,

v.

KEVIN MILYARD,                               Christopher Alber
MARY COX-BERGMAN, and             Nicole Gellar
STEVEN MAY,

        Defendants.

---

## COURTROOM MINUTES

---

**TRIAL PREPARATION CONFERENCE**

**1:58 p.m.**      **Court in session.**

**ORDERED:**   Defendants' Motion for Extension of Time to File Reply to Plaintiff's Response
to Defendants' Cross-Motion for Summary Judgment [Doc. No. 59] is
GRANTED.

Discussion between the Court, Plaintiff, and counsel regarding mail procedures and the return to
sender mail policy at Sterling Correctional Facility.  Discussion regarding monetary damages
and proposed jury instructions.

**ORDERED:**   Defendants' Motion to Stay Proceedings and Vacate Trial Date Set for November
26, 2012 Pending Resolution of Qualified Immunity [Doc. No. 60] is GRANTED.

**ORDERED:**   The three-day Jury Trial set for November 26, 2012 at 9:00 a.m. is VACATED
and RESET for **February 19, 2013 at 9:00 a.m.**

**2:45 p.m.**        **Court in recess.**

Hearing concluded.

Total time:     00:47